May 25, 1909, which affirmed an order of Special Term adjudging the appellants herein guilty of criminal contempt.

*Alfred J. Talley* for appellants.

*Robert C. Beatty* for respondent.

Order affirmed; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ. Dissenting on memorandum of LAUGHLIN, J., in court below: WILLARD BARTLETT, J

---

AMY N. FRANK et al., Respondents, *v.* WILLIAM CARTER et al., Defendants.

FRANK H. CURRY, Appellant.

*Frank v. Carter*, 133 App. Div. 895, affirmed.
(Argued November 10, 1909; decided November 30, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 15, 1909, which affirmed an order of Special Term denying a motion to relieve a purchaser at a foreclosure sale from his purchase of certain real property, or in the event that the title be found marketable that said purchaser be permitted to complete his purchase.

*Charles H. Stoddard* for appellant.

*Lewis M. Isaacs* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES G. COLLINS, Respondent, *v.* JOHN F. AHEARN, as President of the Borough of Manhattan, City of New York, Defendant, and GEORGE F. SCANNELL, Appellant.

*People ex rel. Collins v. Ahearn*, 133 App. Div. 52, affirmed.
(Argued November 10, 1909; decided November 30, 1909.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial depart-

ment, entered June 18, 1909, which reversed an order of Special Term denying a motion to strike out certain paragraphs of the answer in an action to compel the reinstatement of the relator to a position in the bureau of highways of the borough of Manhattan.

The following question was certified : " Should the charges of criminal misconduct as a public official against the relator Collins, found in paragraph eighth of the answer and return of the defendant Scannell to the alternative writ of mandamus herein, commencing with the words ' but on the contrary alleges,' and continuing through the remainder of said paragraph eighth, and also in paragraphs thirteenth, fourteenth, fifteenth and sixteenth of the said answer and return be stricken out as irrelevant and scandalous ? "

*Roger B. Wood* and *George Gordon Battle* for appellant.

*Francis K. Pendleton, Corporation Counsel* (*Terence Farley* of counsel), for John F. Ahearn, as president of the borough of Manhattan.

*Herbert C. Smyth, Charles F. Brown* and *John W. Browne* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative ; no opinion.

Concur : CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.  Absent : HISCOCK, J.

---

In the Matter of the Accounting of EDWIN B. MEEKS, as Executor of and Trustee under the Will of JOSEPH W. MEEKS, Deceased.

HELENA MEEKS et al., Appellants ; EDWIN B. MEEKS, Individually and as Executor and Trustee, et al., Respondents.

*Matter of Meeks*, 133 App. Div. 932, affirmed.
(Argued November 10, 1909; decided November 30, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered